NO. 05-14-00530-CR

ALBERT AYALA () IN THE TEXAS COURT
()
VS. () OF CRIMINAL APPEALS 2015
()
THE STATE OF TEXAS () AT AUSTIN Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
Abel Acosta, Clerk

SEEKING DISCRETIONARY REVIEW FROM A DECISION BY THE
COURT OF APPEALS FOR THE FIFTH DISTRICT OF TEXAS AT DALLAS
IN CAUSE NO. 05-14-00530-CR

PETITIONER'S, ALBERT AYALA'S MOTION TO EXTEND TIME
FOR FILING PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, Petitioner, Albert Ayala, pro se and respectfully requests that the time for filing of Petitioner, Albert Ayala's Petition for Discretionary Review in the above -styled and numbered cause be extended. In support of this motion Petitioner would show the Court the following:

FILED IN
COURT OF CRIMINAL APPEALS
JUL 24 2015
Abel Acosta, Clerk

I.

In Cause No. F11-42504-L Appellant was convicted of capital murder and punishment was assessed at confinement for life without parole in the Texas Department of Criminal Justice, Institutional Division. The Court of Appeals affirmed the appeal on June 23, 2015.

II.

The present deadline for filing of Petitioner /Appellant's Petition for Discretionary Review is July 23, 2015. Petitioner respectfully requests an extension of time until Oct, 23 , 2015

### III.

No previous extension of time has been granted.

### IV.

Petitioner would show the Court that a reasonable explanation exists for the requested extension. The facts on which petitioner relies to reasonably explain the need for this extension are as follows:

Petitioner has not had sufficient time after receipt of the opinion of the Court of Criminal Appeals to prepare his petition for discretionary review, pro se, for filing with this Court.

WHEREFORE, PREMISES CONSIDERED, Petitioner respectfully requests that the time for filing of the Petition for Discretionary Review be extended to the aforementioned date.

*Albert Ayala*
Albert Ayala, Petitioner
*9601 SPUR 591*
Street
*Amarillo TX, 79107-9606*
City,          State,          Zip

### Certificate of Service

I hereby certify that a true copy of the foregoing motion has been served on the Assistant District Attorney for Dallas County- Appellate Section, Frank Crowley Courts Building, Lock Box 19, Dallas, Texas 75207-4399 by depositing same in the United States Mail, Postage Prepaid, on this the _____ day of _____, 201__.

*Albert Ayala Junior*
Petitioner, Albert Ayala